**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

FRANGIE ESPINAL, on behalf of herself and all other persons similarly situated,

                      Plaintiffs,

          -against-

OVERLAND SHEEPSKIN CO., INC.,

                      Defendant.

------------------------------------------------------------x

24-cv-4837 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 13 and the Proposed Consent Decree at ECF 13-1.

The Court will hold an in-person status conference in this matter on **Tuesday, December 17, 2024, at 11:30 a.m., in Courtroom 20D, 500 Pearl Street, New York, NY 10007** to discuss paragraph 15 in ECF 13-1.

      **SO ORDERED.**

                                                  *s/ Ona T. Wang*

Dated: November 19, 2024                        **Ona T. Wang**
      New York, New York              United States Magistrate Judge